✎ GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**WILLIE WARE** | Crim. No.   1:18-CR-00045-001 (WLS) |

On January 30, 2020, Willie Ware was sentenced to 121 months imprisonment for the offense of Possession of Methamphetamine with Intent to Distribute in violation of 21 U.S.C. § 841 (a)(1) and 21 U.S.C. § 841 (b)(1)(A)(viii). The Court ordered Ware to serve five years on supervised release upon the completion of his term of imprisonment. On April 7, 2023, the term of supervision commenced.

Willie Ware has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended that Willie Ware be discharged from supervision.

Respectfully submitted,

*Megan A. Howdeshell*

Megan A. Howdeshell
U.S. Probation Officer Assistant

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___11th___ day of ___June___, 2026.

W. LOUIS SANDS
SENIOR U.S. DISTRICT JUDGE